UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN M. BRAZIER, III,<br><br>     Plaintiff,<br><br>  v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., et al.,<br><br>     Defendants. | No. C17-1666RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on November 6, 2017. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than May 8, 2018.

DATED this 19th day of April, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE